on Siebert's general challenge to Alabama's three-drug protocol. *See Williams*, 496 F.3d at 1212–13 (quoting *Grayson*, 491 F.3d at 1322). We REVERSE the district court's denial of Siebert's Emergency Motion for a Preliminary Injunction on Siebert's "as-applied" claim, and we REMAND the case for consideration of Siebert's "as-applied" claim on the merits. The stay previously entered by this Court shall remain in effect until the time that the district court has entered judgment on the merits.[4]

AFFIRMED, in part, REVERSED, in part, and REMANDED.

Daniel Lee **SIEBERT**, Plaintiff–
Appellant,

v.

Richard **ALLEN**, Commissioner, Alabama Department of Corrections, individually and in his official capacity, Grantt Culliver, Warden, Holman Correctional Facility, in his individual and official capacity, Defendants–Appellees.

No. 07–14956.

United States Court of Appeals,
Eleventh Circuit.

Nov. 5, 2007.

Christine A. Freeman and Anne Borelli, Fed. Pub. Defenders, Montgomery, AL, for Siebert.

---

*ON PETITION FOR REHEARING
EN BANC*

Before TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.*

BY THE COURT:

The order granting en banc rehearing in this appeal, 504 F.3d 1341, 2007 WL 3104941, dated 25 October 2007 is VACATED, and the case is REMANDED to the panel for consideration of the issues raised by State of Alabama in its Petition for Rehearing En Banc.